**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**               **Civil Action No.  07-cv-04739**

      **Plaintiff,**

      **.v.**                                              **RULE 7.1 STATEMENT**

**PEEK A BOO SPORTS BAR INC.,**
**d/b/a PEEK A BOO SPORTS BAR**
**and ELSA BADIA**

      **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: 6/1/07                                      /s/ Paul J. Hooten
                                               **Signature of Attorney**

                                               **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf