UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-4739

    -against-

                                             **CERTIFICATE OF SERVICE**

PEEK A BOO SPORTS BAR INC.
d/b/a PEEK A BOO SPORTS BAR
and ELSA BADIA
                Defendants,
_____

    I certify that a copy of the Notice of Initial Pretrial Conference was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on September 10, 2007:

To:    Elsa Badia                          Elsa Badia
          151 East 107th Street            1711 Lexington Ave.
          New York, NY 10029         New York, NY 10029

          Peek A Boo Sports Bar Inc.      Peek A Boo Sports Bar Inc
          d/b/a Peek A Boo Sports Bar    d/b/a Peek A Boo Sports Bar
          1711 Lexington Ave.              151 East 107th Street
          New York, NY 10029         New York, NY 10029


                                    By:    /s/ Lucille Eichler
                                             Lucille Eichler
                                             Paul J. Hooten & Associates
                                             5505 Nesconset Highway, Suite 203
                                             Mt. Sinai, NY 11766