UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.,
                Plaintiff,

INDEX # 07-CV-4739

ORDER TO SHOW CAUSE

-against-

PEEK A BOO SPORTS BAR INC.
d/b/a PEEK A BOO SPORTS BAR
and ELSA BADIA
                Defendant,
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

    Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to September 27, 2007 and upon all the papers and proceedings herein:

    Let the defendants show cause at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 on _October 26_, 2007 at _noon_ a.m./p.m. or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.

    SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before _October 5_ shall be deemed good and sufficient. _Opposition shall be filed by October 12, 2007_

    PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:

Peek A Boo Sports Bar, Inc.
d/b/a Peek A Boo Sports Bar
151 East 107th Street
New York, NY 10029

Peek A Boo Sports Bar, Inc.
d/b/a Peek A Boo Sports Bar
1711 Lexington Ave.
New York, NY 10029

Elsa Badia
151 East 107th Street
New York, NY 10029

Elsa Badia
1711 Lexington Ave.
New York, NY 10029

SO ORDERED:

_____
Denise Cote    October 1, 2007
United States District Court Judge