FORM 19 – SECRETARY OF STATE – 306 BCL
1PEN899663 – PAUL J HOOTEN ESQ

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**PEEK A BOO SPORTS BAR INC DBA PEEK A BOO SPORTS BAR ET ANO,**

    DEFENDANT
---------------------------------------

Index No: **07–CV–4739**
Date Filed: / /
Office No:
Court Date: **10/26/2007**

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/04/2007** at **10:30AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the **ORDER TO SHOW CAUSE** upon **PEEK-A-BOO SPORTS BAR INC DBA PEEK A BOO SPORTS BAR** the **DEFENDANT** in this action by delivering to and leaving with **DONNA CHRISTIE, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLDE** |
| APP. AGE: **40** | APP. HT: **5'5** | APP. WT: **145** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **10/10/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP