UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                    :

GARDEN CITY BOXING CLUB, INC.,        :
                    Plaintiff,    :

                                    :        07 Civ. 4738 (DLC)
           -v-                 :

                                    :           ORDER
EL CHICANITO REST. BAR INC.         :
d/b/a EL CHICANITO RESTAURANT BAR   :
and ENEDINA MAGDALENO,           :
                  Defendant.   :

                                    :

-------------------------------------------X
                                    :

GARDEN CITY BOXING CLUB, INC.,        :
                    Plaintiff,    :

                                    :        07 Civ. 4739 (DLC)  ⟵
          -v-                 :                (duplicate original)

                                    :
PEEK A BOO SPORTS BAR INC.          :
d/b/a PEEK A BOO SPORTS BAR       :
and ELSA BADIA,                   :
                 Defendants.   :

                                    :

-------------------------------------------X

DENISE COTE, District Judge:

     By Order dated December 3, 2007, the plaintiff was required

to file renewed proposed Orders to Show Cause no later than

January 11, 2008.  The Order of December 3 alerted the plaintiff

that failure to file properly supported Orders to Show Cause by

January 11 and comply with this Chambers' Individual Procedures

in Civil Cases, the Southern District of New York Local Rules of

Civil Procedure, and Federal Rules of Civil Procedure would

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-08

result in dismissal of its action.  The plaintiff having failed
to file such Orders to Show Cause by January 11, it is hereby
ORDERED that the plaintiff's actions are dismissed.

SO ORDERED:

Dated:    New York, New York
          January 16, 2008

                              _____
                              DENISE COTE
                              United States District Judge